Ph'lip B. FLEMING, Temporary Controls Administrator (Substituted for Paul A. Porter, Price Administrator, Office of Price Administration), Appellant, v. William A. ELLIOTT, Individually, and Trading as Merchants Meat Company, 624 Markley Street, Norristown, Pennsylvania.

No. 9290.

Circuit Court of Appeals, Third Circuit.

Argued April 21, 1947.

Decided July 11, 1947.

Rose Mary W. Filipowicz, of Washington, D. C. (William E. Remy, David London, and Albert M. Dreyer, all of Washington, D. C., Kenneth v. Fisher, of New York City, and Walter N. Moldawer, of Philadelphia, Pa., on the brief), for appellant.

Before MARIS, GOODRICH, and O'CONNELL, Circuit Judges.

PER CURIAM.

Upon the authority of Porter v. Montgomery 3 Cir., 163 F.2d 211, the judgment of the district court, 69 F.Supp. 652, will be affirmed.